# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY HOLMES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK,<br><br>Defendant. | Case No.: 3:18-CV-01693-DMS-JLB<br><br>**ORDER GRANTING JOINT DISMISSAL** |

Based upon the Parties' Joint Motion, and good cause, this Court hereby orders Plaintiff's claims to be dismissed with prejudice and the claims of the putative class members to be dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 4, 2019



Hon. Dana M. Sabraw
United States District Judge